AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Wade Stepheney, Jr., | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No. 1:11-cv-03402-MBS |
| Publix's Food Store Pharmacy(s), CEO;  SCDC(s) Director; Commissioner's SSA; GSA; Homeland Sec.; Commissioners Baptist Palmetto Health; Board & Trustees; Dept. DSS and DHEC, Dir. & Comm.; Alston Wilks Society, Director, | ) ) ) ) ) |
| *Defendant*s | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Wade Stepheney, Jr., shall take nothing of the defendants; Publix's Food Store Pharmacy(s), SCDC(s) Director, Commissioner's SSA, GSA, Homeland Sec., Commissioners Baptist Palmetto Health, Board & Trustees, Dept. DSS and DHEC,  Alston Wilks Society, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B Seymour, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:   June 28, 2012                                                                          *CLERK OF COURT*

                                                                                                          s/A. Buckingham

                                                                                                *Signature of Clerk or Deputy Clerk*